No. 934. BRYSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari granted. *Richard Gladstein* and *Norman Leonard* for petitioner. *Solicitor General Griswold, Assistant Attorney General Yeagley, Kevin T. Maroney,* and *Lee B. Anderson* for the United States. Reported below: 403 F. 2d 340.

No. 777. FIRST NATIONAL BANK IN PLANT CITY *v.* DICKINSON, COMPTROLLER OF FLORIDA, ET AL.; and

No. 932. CAMP, COMPTROLLER OF THE CURRENCY *v.* DICKINSON, COMPTROLLER OF FLORIDA, ET AL. C. A. 5th Cir. Motion of First National Bank of Cornelia, Georgia, et al. for leave to file a brief, as *amici curiae,* granted. Petitions for writs of certiorari granted. Cases consolidated and a total of one hour allotted for oral argument. MR. JUSTICE FORTAS took no part in the consideration or decision of this motion and these petitions. *Robert S. Edwards* for petitioner in No. 777, and *Solicitor General Griswold, Assistant Attorney General Weisl, John C. Eldridge,* and *Robert E. Kopp* for petitioner in No. 932. *Wm. Reece Smith, Jr.,* and *V. Carroll Webb* for respondents in both cases. *E. Barrett Prettyman, Jr.,* on the motion in both cases in support of the petitions.

No. 409, Misc. WADE *v.* WILSON, WARDEN, ET AL. C. A. 9th Cir. Motion for leave to proceed *in forma pauperis* granted. Certiorari granted and case transferred to appellate docket. *Thomas C. Lynch,* Attorney General of California, *Albert W. Harris,* Assistant Attorney General, and *Karl S. Mayer,* Deputy Attorney General, for respondents.

No. 753. PORTER *v.* SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied. *Betty M. Sloan* for petitioner.